IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-mj-01207-MEH-01

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

STEPHEN PHILLIP MCCLEES,

    Defendant.

---

### ORDER DISMISSING PETITION AND WARRANT FOR REVOCATION OF SUPERVISED RELEASE

---

This matter coming to the attention of the Court upon the report of the probation officer, and the Court being advised that defendant has recently come back into compliance with his supervision conditions, it is

**ORDERED** that the petition to issue warrant for defendant's arrest be dismissed and that defendant be continued on supervised release to his original expiration date of September 8, 2011. It is

**FURTHER ORDERED** that all previously imposed conditions of supervised release remain in full force and effect.

**DATED** at Denver, Colorado, this 26th day of January, 2011.

BY THE COURT:

_____
MICHAEL E. HEGARTY
United States Magistrate Judge