**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Action No. 10-mj-01207-MEH-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

STEPHEN PHILLIP MCCLEES,

        Defendant.

---

**ORDER CONTINUING SUPERVISED RELEASE**
**AND MODIFYING CONDITIONS OF SUPERVISION**

---

        This matter is before the Court upon report of the probation officer that defendant violated the conditions of his supervised release.  At a Violation Hearing on May 23, 2011, the defendant admitted to violating the terms and conditions of supervised release (Violation Numbers 1, 2, 3, 4, and 5).  Accordingly, it is

        ORDERED that the defendant shall be continued on supervised release and any further violations will result in jail time.  It is

        FURTHER ORDERED that conditions of supervised release are hereby modified to include that the defendant remain at the Residential Reentry Center, Colorado Springs, Colorado, until the term of supervised release expires on September 8, 2011.  It is

        FURTHER ORDERED that all conditions previously imposed on July 15, 2010, remain in full force and effect.

        DATED at Denver, Colorado, this 31st day of May, 2011.

        BY THE COURT:

        s/ Michael E. Hegarty
        _____
        Michael E. Hegarty
        United States Magistrate Judge